UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:26-cv-06599-MCS**<br>**2:25-bk-21047-VZ**<br>**Adversary No., 2:26-ap-01128-VZ** | Date | October 20, 2026 |
| Title | ***Roney et al. v. Mayor and City Council of Baltimore*** | | |

| | |
|---|---|
| Present: The Honorable | Mark C. Scarsi, United States District Judge |

| | |
|---|---|
| Stephen Montes Kerr | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DENYING AS MOOT MOTION TO WITHDRAW THE REFERENCE (ECF NO. 1) (JS-6)**

Movant Crystal Roney, a self-represented litigant, moves to withdraw the reference of an adversary proceeding she initiated in the United States Bankruptcy Court for the Central District of California. (Mot., ECF No. 1.) Defendant Mayor and City Council of Baltimore filed a response to the motion, (Resp., ECF No. 11), and Movant filed a limited reply, (Reply, ECF No. 13).

On August 28, 2026, the Court continued the hearing on this motion to November 2, 2026, explaining that it did not intend to resolve the motion to withdraw the reference until the Bankruptcy Court determined whether to remand the adversary proceeding. (Min. Order, ECF No. 12.) The Court directed the parties to file a joint status report within five days of any remand, advising the Court of their positions as to whether the remand moots the withdrawal motion. (*Id.*)

On September 17, 2026, the Bankruptcy Court dismissed Movant's underlying Chapter 13 case and barred her from filing a new petition for 180 days. (Status Report Ex. 1, ECF No. 14.) The following day, the Bankruptcy Court

remanded the adversary proceeding to the Circuit Court for Baltimore City. (*Id.* Ex. 2.) Defendant filed a status report notifying the Court of the remand and contending that the instant motion is moot. (Status Report 3, ECF No. 14.) Defendant represents that Movant did not respond to its request for input on the report, (*id.* at 2 n.1), and Movant has not otherwise filed anything addressing the effect of the remand.

The motion is moot. A motion to withdraw the reference asks the district court to take a case or proceeding "referred" to the bankruptcy court and decide it itself. 28 U.S.C. § 157(d). The adversary proceeding Movant seeks to withdraw is no longer pending before the Bankruptcy Court; it has been remanded to the state court from which it was removed, and the bankruptcy case to which it related has been dismissed. Accordingly, there is nothing left for the Court to withdraw.

The motion to withdraw the reference is denied as moot. The hearing set for November 2, 2026, is vacated. Because the motion was the only matter pending in this action, the Clerk is directed to close the case.

**IT IS SO ORDERED.**

cc: Bankruptcy Court